STATE OF NEW JERSEY v. JAMES R. POLANSKY.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HUGH HAMMIL.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK BURBIC.

July 11, 1986.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration on the merits of the issue based upon *State v. Kovack*, 91 *N.J.* 476 (1982), as raised by defendant in his letter brief of February 5, 1985, supplemented by such additional argument as the Appellate Division deems necessary and appropriate.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. LAWRENCE PETERSON.

July 11, 1986.

Petition for certification denied.